<u>NOT FOR PUBLICATION</u>                                    (Docket Nos. 86, 95)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
                                                :
WILSON GALVAN MONTALVO                :
and CESAR GALVAN MONTALVO,            :
                                                :
                    Plaintiffs,              :        Civil No. 06-2704 (RBK/AMD)
                                                :
            v.                                  :        **ORDER**
                                                :
LARCHMONT FARMS, INC.                    :
and CHARLES WILLIAM HAINES, III,     :
                                                :
                    Defendants.            :
_____:

        THIS MATTER having come before the Court upon Defendant Charles Haines's Motion

for Summary Judgment (Docket No. 86) and Plaintiffs' Cross Motion for Summary Judgment

(Docket No. 95); and the Court having considered the moving papers and the response thereto;

and for the reasons expressed in the Opinion issued this date;

        IT IS HEREBY ORDERED that Defendant's Motion is **DENIED**; and it is further

        ORDERED that Plaintiffs' Motion is **DENIED** as to the claim under the FLSA for

unpaid final wages; and it is further

        ORDERED that Plaintiffs' Motion is **DENIED** as to the claim under the AWPA for

unpaid final wages, 29 U.S.C. § 1822(a); and it is further

        ORDERED that Plaintiffs' Motion is **DENIED** as to the claim under the AWPA for

failure to provide code-compliant housing, 29 U.S.C. §1823(a); and it is further

        ORDERED that Plaintiffs' Motion is **GRANTED** as to the claim under the FLSA for

unpaid transportation costs; and it is further

ORDERED that Plaintiffs' Motion is **GRANTED** as to the claim under the AWPA for failure to provide written disclosures, 29 U.S.C. § 1821(a); and it is further

ORDERED that Plaintiffs' Motion is **GRANTED** as to the claim under the AWPA for unpaid transportation costs, 29 U.S.C. § 1822(a); and it is further

ORDERED that Plaintiffs' Motion is **GRANTED** as to the claim under the AWPA for failure to provide certified housing, 29 U.S.C. §1823(b); and it is further

ORDERED that Plaintiffs' Motion is **GRANTED** and Defendant is liable under the AWPA and the FLSA for any violation that Defendant Larchmont Farms is liable for.


Dated:   12-3-2009                               /s/ Robert B. Kugler
                                          ROBERT B. KUGLER
                                          United States District Judge