NOT FOR PUBLICATION (Doc. Nos. 121, 123 & 129)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| WILSON GALVAN MONTALVO and CESAR GALVAN MONTALVO, : : : Plaintiffs, : : v. : : LARCHMONT FARMS, INC. and CHARLES WILLIAM HAINES, III, : : Defendants. : | Civil No. 06-2704 (RBK/AMD) **ORDER** |

**THIS MATTER** having come before the Court upon two motions for summary judgment on Count One of the Complaint filed by Defendants Larchmont Farms, Inc. and Charles William Haines, III, as well as upon a cross-motion filed by Plaintiffs Wilson Galvan Montalvo and Cesar Galvan Montalvo (collectively, "Plaintiffs") for partial summary judgment; and the Court having considered the submissions of the parties; and for the reasons expressed in an Opinion issued this day;

**IT IS HEREBY ORDERED** that Defendant Larchmont Farms' motion for summary judgment is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendant Charles William Haines, III's motion for summary judgment is **DENIED**; and

1

**IT IS FURTHER ORDERED** that Plaintiffs' motion for partial summary judgment is **DENIED**.


Dated: 7-29-2010                                       /s/ Robert B. Kugler
                                                                                                  ROBERT B. KUGLER
                                                                                                  United States District Judge