AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   NEW JERSEY

| | |
|---|---|
| WILSON GALVAN MONTALVO<br>CESAR GALVAN MONTALVO<br><br>V.<br>LARCHMONT FARMS, INC., CHARLES WILLIAM HAINES, III | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:   06-02704 (RBK) |

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that
**JUDGMENT** is entered in favor of plaintiff **WILSON GALVAN MONTALVO** and against defendant **LARCHMONT FARMS, INC.** in the amount of $650,000.00 with costs; and

**JUDGMENT OF NO CAUSE FOR ACTION** entered in favor of defendant **LARCHMONT FARMS, INC.** and against plaintiff **CESAR GALVAN MONTALVO**; and

**JUDGMENT OF NO CAUSE FOR ACTION** entered in favor of defendant **CHARLES WILLIAM HAINES, III** and against plaintiffs **WILSON GALVAN MONTALVO & CESAR GALVAN MONTALVO.**

March 8, 2011
Date

HON. ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE