NOT FOR PUBLICATION                                                                              (Doc. No. 214)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| WILSON GALVAN MONTALVO and CESAR GALVAN MONTALVO, | : | |
| Plaintiffs, | : | Civil No. 06-2704 (RBK/AMD) |
| v. | : | **ORDER** |
| LARCHMONT FARMS, INC. and CHARLES WILLIAM HAINES, III, | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court pursuant to a Motion to Stay Judgment Pending Appeal (Doc. No. 214) by Defendants Larchmont Farms, Inc. and Charles William Haines, III (collectively "Larchmont Farms"), as well as Larchmont Farms' request for a partial waiver of the supersedeas bond requirement; and the Court having considered the parties' submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, Larchmont Farms' Motion to Stay Judgment Pending Appeal is **DENIED**, and Larchmont Farms' request for a partial waiver of the supersedeas bond requirement is **DENIED**.

Date:   11/16/2011                                                              /s/ Robert B. Kugler
                                                                                                ROBERT B. KUGLER
                                                                                                United States District Judge